# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| J. & S. O., | : | No. 341 MAL 2019 |
| | : | |
| Respondents | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| C.H., | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.